# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAURICE ANDERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-190** |
| **DARREL VANNOY, WARDEN LSP** | **SECTION "I"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the objection by plaintiff, Maurice Anderson, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Maurice Anderson's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** as premature.

New Orleans, Louisiana, this 7th day of July, 2021.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**